IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

| | | |
|---|---|---|
| JEFFERY J. ORTH<br>WENDY A. ORTH<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | In Chapter 13 Proceeding<br>No. 14-40349-BDL<br><br>Order Allowing Debtor(s) to<br>Modify Mortgage with<br>SELECT PORTFOLIO SERVICES |

It is ordered that the Debtor(s) may modify the Mortgage with Rushmore Loan Management Services with a loan that will run for 236 months at 3.65% interest with monthly principal and interest of $780.39 and estimated escrow of $385.85 with a total monthly payment of $1166.24 beginning July 1, 2019.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958